**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ESTATE OF JANET HAWORTH, | ) | CIVIL ACTION 3:26-cv-00230 |
| Plaintiff, | ) | JUDGE THOMAS M. ROSE |
| vs. | ) | |
| ENGLEWOOD HEALTH AND REHAB, *et al.*, | ) | Removed From Montgomery County Common Pleas Case No. 2026 CV 03451 |
| Defendants. | ) | |

**AFFIDAVIT OF DEBRA MCDONALD**

Now comes affiant, **DEBRA MCDONALD,** being first duly sworn according to law, who deposes and states as follows:

1. I am over the age of 18, competent to testify as to the below matters, which are within my personal knowledge.

2. No representative informed me that any term of my mother's admission to Brookdale was negotiable.

3. No Brookdale representative went over a residency agreement or arbitration clause with me.

4. No attorney advised me regarding a residency agreement.

5. I was not advised by an attorney at any time prior to the filing of this lawsuit regarding the terms of the Brookdale Residency Agreement or arbitration in general.

6. I have no legal experience or expertise.

7. I did not know what the term "arbitration" meant before the filing of this lawsuit.

8. No one at Brookdale ever offered to explain the term "arbitration" to me.

9. I was never explained as to what "arbitration" means by any representative of Brookdale.

EXHIBIT
1

exhibitsticker.com

10. I was not aware before my mother's death that any arbitration agreement was presented to me within a residency agreement.

11. I was never informed that I could, or my mother could, withdraw consent to any agreement with Brookdale.

12. My mother did not have the funds to live in an assisted living without the assistance the Medicaid HCBS waiver.

13. My mother and I waited more than a couple months for the only available Medicaid HCBS waiver qualified room at Brookdale Centennial Park.

14. Janet Haworth was my mother.

15. My mother Janet Haworth had did not have an email address at the time she admitted to Brookdale Centennial Park.

16. My mother did not use email at all in 2020, 2021 or subsequent years before her death.

17. I could not access any electronic contracts with Brookdale in August 2026, after I became aware of the Defendants' Motion to Stay and Enforce Arbitration Agreement.

18. Brookdale did not provide me with a paper copy of any Residency Agreement.

19. To my knowledge, Brookdale never provided my mother with a paper copy of any Residency Agreement.

*FURTHER AFFIANT SAYETH NAUGHT.*

Debra McDonald

**DEBRA MCDONALD**

State of Pennsylvania, County of Beaver

SWORN TO BEFORE ME and subscribed in my presence this 4th day of September 2026.

Commonwealth of Pennsylvania - Notary Seal
MICHAEL J WEBB, Notary Public
Beaver County
My commission expires November 8, 2029
Commission Number 1290457

Michael J Webb

NOTARY PUBLIC MICHAEL J WEBB



11/08/2029

Notarized remotely online using communication technology via Proof.