**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| ESTATE OF JANET HAWORTH,<br><br>Plaintiff,<br><br>vs.<br><br>ENGLEWOOD HEALTH AND REHAB, *et al.*,<br><br>Defendants. | : | Case No. 3:26-cv-00230<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |

# ORDER REQUIRING SUPPLEMENTAL RULE 7.1(a)(2) DISCLOSURE STATEMENT

Plaintiff Estate of Janet Haworth, Through Personal Representative Debra McDonald ("Plaintiff") filed a medical professional liability action against Defendants Englewood Health and Rehab, Flyer 4 Operations Holdings, LLC, Englewood Property LLC, Brookdale Centennial Park, Brookdale Living Communities, Inc., Brookdale Senior Living Communities, Inc., Brookdale Living Communities of Ohio-SP, LLC, Alterra Healthcare Corporation, and JER/NHP Senior Living Acquisition, LLC in the Montgomery County Court of Common Pleas. (Doc. No. 2.) Defendants Brookdale Centennial Park, Brookdale Living Communities, Inc., Brookdale Senior Living Communities, Inc., Brookdale Living Communities of Ohio-SP, LLC, Alterra Healthcare Corporation, and JER/NHP Senior Living Acquisition, LLC removed the case to this

Court based upon diversity of citizenship jurisdiction under 28 U.S.C. § 1332(a).[1] (Doc. No. 1.) This matter is before the Court upon review of the Rule 7.1(a)(2) citizenship disclosure statement of Defendants Englewood Health and Rehab, Flyer 4 Operations Holdings, LLC, and Englewood Property LLC. (Doc. No. 31.)

One purpose of the citizenship disclosure statement is to aid in the determination of whether the Court has jurisdiction based on the parties' diversity of citizenship under 28 U.S.C. § 1332(a) as the Notice of Removal here alleges. (*See* Doc. No. 1 at ¶ 27 ["Subject matter jurisdiction exists under 28 U.S.C. § 1332 because Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000."].)

When determining whether parties to an action are diverse, the Court must apply different rules to corporations and limited liability companies ("LLCs"). *Akno 1010 Market St. Saint Louis Mo. LLC v. Pourtaghi*, 43 F.4th 624, 627 (6th Cir. 2022). By statute, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal

---

[1] The statute provides in relevant part:

> The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between--
> **(1)** citizens of different States;
> **(2)** citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;
> **(3)** citizens of different States and in which citizens or subjects of a foreign state are additional parties; and
> **(4)** a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States.

28 U.S.C. § 1332(a).

place of business." 28 U.S.C. § 1332(c)(1). Conversely, "LLCs have the citizenships of their members and sub-members." *Akno*, 43 F.4th at 627. Thus, "***the court must know the citizenship of each member and sub-member***" of an LLC. *Id.* (emphasis added).

Here, Defendants Englewood Health and Rehab, Flyer 4 Operations Holdings, LLC, and Englewood Property LLC jointly filed a Rule 7.1(a)(2) Citizenship Disclosure Statement. (Doc. No. 31.) Defendant Flyer 4 Operations Holdings, LLC reported that it is an LLC and wrote "Citizenship: Florida and New York." (*Id.* at PageID 479.) Similarly, Defendant Englewood Property LLC reported that it is an LLC and wrote "Citizenship: Florida and New York." (*Id.)* These responses do not provide sufficient information about Defendants' citizenship pursuant to the above-stated rule for an LLC. To enable this Court to determine whether it has subject-matter jurisdiction over this action, Defendants must identify the citizenship of each member and sub-member.

Accordingly, the Court **ORDERS** Defendants Flyer 4 Operations Holdings, LLC and Englewood Property LLC to file an amended disclosure statement in accordance with the foregoing explanation by **October 21, 2026**. The Court also reminds Defendants Flyer 4 Operations Holdings, LLC and Englewood Property LLC of their obligation to promptly file a supplemental citizenship disclosure statement if any required information changes. Fed. R. Civ. P. 7.1(b)(2).

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge